**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **VIVINT, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **MO:25-CV-00332-DC** |
| | § | |
| **PREMIER AESTHETIX** | § | |
| **INSTALLATION AND** | § | |
| **CONSTRUCTION LLC,** | § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Ronald C. Griffin (Doc. 14), which recommends granting default judgment against Defendant Premier Aesthetix Installation and Construction, LLC.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews the report for clear error or conclusions that are contrary to law, finding none.

Thus, the Court **ADOPTS** the R&R and **GRANTS** default judgment against Defendant. The Court finds as follows:

1. Defendant Premier Aesthetix Installation and Construction LLC is liable to Plaintiff Vivint, LLC for breach of contract.

2. Plaintiff is awarded $499,106.48 in unpaid principal and $208,087.43 in contractual interest through March 26, 2026, for a total of $707,193.91.

3. Plaintiff is awarded $19,807.40 in reasonable attorney fees and all taxable costs incurred in this action.

4. Post-judgment interest shall accrue from the date of this Judgment at the contractual rate of 1.5% per month.

5. Plaintiff is entitled to any other relief to which it may be entitled under the Agreement or applicable law.

The Court will enter final judgment laying out the aforementioned.

It is so **ORDERED**.

SIGNED this 30th day of April, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE